UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE MCMAHON

Leon N. Terrano,

Plaintiff

-v-

A.W. Chesterton Company, including Foster Wheeler LLC, et al.

Defendant.

Case No. 08 CV 4684

Rule 7.1 Statement

RECEIVED MAY 19 2008 U.S.D.C. S.D. N.Y. CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Foster Wheeler LLC                     (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Foster Wheeler Ltd.(Bermuda) is a publicly held entity which owns 100% of the stock of Foster Wheeler Holdings, Ltd. (Bermuda). Foster Wheeler Holdings, Ltd. owns 100% of the stock of Foster Wheeler LLC (Delaware). Foster Wheeler LLC owns 100% of the stock of Foster Wheeler Inc. (Delaware). Foster Wheeler Inc. owns 100% of the stock of Foster Wheeler North America Corp. (Delaware) which in turn owns 100% of the stock of Foster Wheeler Energy Corporation (Delaware). No publicly held corporation owns more than 10% or more of Foster Wheeler Ltd. stock.

Date: May 19, 2008

Signature of Attorney

Attorney Bar Code:

Form Rule7_1.pdf   SDNY Web 10/2007