

**SEDGWICK**
DETERT, MORAN & ARNOLD LLP

Three Gateway Center, 12th Floor
Newark, New Jersey 07102-4072
Tel: 973.242.0002 Fax: 973.242.8099

**MEMO ENDORSED**

www.sdma.com

May 20, 2008

<u>VIA HAND DELIVERY</u>

Honorable Colleen McMahon
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/08

Re: **Leon Terrano v. Foster Wheeler LLC, et al.**
   **Civil Action No. 08-cv-4684**

*[Handwritten endorsement: I will not sign this until ALL other defendants have been notified and have an opportunity to consent or not.  /s/ Colleen McMahon 5/21/08]*

Dear Judge McMahon:

This firm represents Defendant Foster Wheeler LLC ("Foster Wheeler") in the above-referenced matter. Currently pending before the Court is Foster Wheeler's Notice of Removal of this action from the Supreme Court of the State of New York, County of New York to the United States District Court for the Southern District of New York, which was filed yesterday, May 19, 2008. I write to advise the Court that we wish to withdraw Foster Wheeler's Notice of Removal.

Based upon discussions held between myself and plaintiff's counsel, Robert Gordon, after Foster Wheeler's Notice of Removal was filed, both parties have agreed to settle this matter. Therefore, we are respectfully withdrawing Foster Wheeler's Notice of Removal, as this matter has been resolved as to Foster Wheeler. Pursuant to our request, enclosed please find Foster Wheeler's Request to Withdraw Notice of Removal for your Honor's execution.

Thank you for your consideration with regard to this matter.

Respectfully,

*/s/ Michael A. Tanenbaum*

Michael A. Tanenbaum, Esq.
Sedgwick, Detert, Moran & Arnold LLP

MAT/aio
cc:   Clerk of Southern District Court
      Clerk of the Supreme Court of New York County (Index No. 105079-08)
      Weitz & Luxenberg, P.C
      All Known Defense Counsel (w/encl.)

NJ/209083v1

Austin • Bermuda* • Chicago • Dallas • Houston • London • Los Angeles • New York • Newark • Orange County • Paris • San Francisco • Zurich

*Affiliated office.