UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
In re:  NEW YORK CITY ASBESTOS LITIGATION
------------------------------------------------------------------------x

LEON N. TERRANO,

                              Plaintiff,

- against -

FOSTER WHEELER LLC, et al.,

                              Defendants.

------------------------------------------------------------------------x

**PLAINTIFFS' NOTICE OF MOTION TO REMAND**

Civil Action No. 08-CV-4684 (CM)

PLEASE TAKE NOTICE that upon Plaintiff's Memorandum of Law In Support of His Motion To Remand, Plaintiff's Affirmation In Support of His Motion To Remand, and the previous pleadings and papers in this case, Plaintiff Leon N. Terrano, by his attorneys, Weitz & Luxenberg, P.C., will move this Court before the Honorable Colleen McMahon, at the United States Courthouse, 500 Pearl Street, New York, New York, on a date and at a time to be designated by the Court, pursuant to 28 U.S.C. §1447, to remand this case to New York Supreme Court, County of New York, after its removal to this Court by Defendant Foster Wheeler LLC, and for such other relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that any papers in opposition to this motion shall be filed and served upon Plaintiff no later than June 18, 2008, in accordance with the

1

Individual Practices of Judge Colleen McMahon.

Dated: New York, N.Y.
June 2, 2008

                                      **WEITZ & LUXENBERG, P.C.**
                                      Attorneys for Plaintiff
                                      180 Maiden Lane, 17th Fl.
                                      New York, N.Y.   10038

By: _____
                                      Stephen J. Riegel (SR 8832)
                                      (212) 558-5500

TO:    All Defendants on the Attached
        Service Rider

2

STATE OF NEW YORK    )
                     : ss.
COUNTY OF NEW YORK)

BARBARA PARENTE, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in Staten Island, New York.

On June 2, 2008, deponent caused the attached **PLAINTIFF'S NOTICE OF MOTION TO REMAND, PLAINTIFF'S AFFIRMATION IN SUPPORT OF HIS MOTION TO REMAND and MEMORANDUM OF LAW IN SUPPORT OF HIS MOTION TO REMAND,** to be served upon:

**SEE ATTACHED RIDER**

in this action, at the addresses designated by said attorneys for that purpose via FEDERAL EXPRESS for next business day delivery on June 3, 2008.

_____
BARBARA PARENTE

Sworn to before me this
2ND day of June, 2008

_____
Notary Public

BENJAMIN ALAN DARCHE
Notary Public, State of New York
No. 02DA6120430
Qualified in New York County
Commission Expires 12/20/2008

## Leon N. Terrano Service Rider

JULIE EVANS, ESQ.
ERIK C. DIMARCO, ESQ.
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER
150 EAST 42ND STREET
NEW YORK, NY 10017-5639
PHONE # (212) 490-3000
FAX # (212) 490-3038
JULIE.EVANS@WILSONELSER.COM
COUNSEL FOR A.W. CHESTERTON CO.

THEODORE EDER, ESQ.
SEGAL McCAMBRIDGE SINGER & MAHONEY
830 THIRD AVENUE, SUITE 400
NEW YORK, NY 10022
PHONE # (212) 651-7500
FAX # (212) 651-7499
TEDER@SMSM.COM
COUNSEL FOR ANCHOR PACKING CO., BYRON JACKSON PUMPS, GARDNER DENVER, INC., AND GARLOCK SEALING TECHNOLOGIES LLC f/k/a GARLOCK, INC.

LAWRENCE MCGIVNEY, ESQ.
MCGIVNEY & KLUGER, P.C.
80 BROAD ST., 23RD FLOOR
NEW YORK, NY 10004
PHONE 212 509-3456
FAX 212 509-4420
LMCGIVNEY@MCGIVNEYANDKLUGER.COM
COUNSEL FOR AURORA PUMP CO., THE FAIRBANKS CO., AND PATTERSON PUMP CO.

ART BROMBERG, ESQ.
WEINER LESNIAK LLP
629 PARSIPPANY ROAD
P.O. BOX 438
PARSIPPANY, NJ 07054-0438
PHONE # (973) 403-1100
FAX # (973) 403-0010
ABROMBERG@WEINERLESNIAK.COM
COUNSEL FOR BMCE, INC. f/k/a UNITED CENTRIFUGAL PUMP

PHILIP GOLDSTEIN, ESQ.
MCGUIRE WOODS LLP
1345 AVENUE OF THE AMERICAS, 7TH FLOOR
NEW YORK, NY 10105
PHONE # (212) 548-2100
FAX # (212) 715-2315
PGOLDSTEIN@MCGUIREWOODS.COM
COUNSEL FOR BELL & GOSSETT CO., ITT INDUSTRIES, INC., AND TRANE U.S. INC., f/k/a AMERICAN STANDARD INC.

EDWARD WILBRAHAM, ESQ.
JOHN HOWARTH, ESQ.
WILBRAHAM, LAWLER & BUBA
1818 MARKET STREET, SUITE 3100
PHILADELPHIA, PA 19103
PHONE # (215) 564-4141 FAX # (215) 564-4385
EWILBRAHAM@WLBDEFLAW.COM
COUNSEL FOR BUFFALO PUMPS, INC.

WILLIAM BRADLEY, ESQ.
JOSEPH CARLISLE, ESQ.
MARY ELLEN CONNOR, ESQ.
MALABY, CARLISLE & BRADLEY LLC
150 BROADWAY
NEW YORK, NY 10038
PHONE # (212) 791-028500
FAX # (212) 791-0286
WBRADLEY@MCBLLC.ORG
COUNSEL FOR CBS CORPORATION, a Delaware Corp., f/k/a/ VIACOM INC., successor by merger to CBS CORPORATION, a Pennsylvania Corp., f/k/a WESTINGHOUSE ELECTRIC CORP., CLEAVER BROOKS CO., J.H. FRANCE REFRACTORIES CO., WARREN PUMPS, INC., AND WEIL-MCLAIN, a division of THE MARLEY CO.

JUDITH YAVITZ, ESQ.

REED SMITH LLP
599 LEXINGTON AVENUE
NEW YORK, NEW YORK
PHONE # (212) 205-6093/6022
FAX # (212) 521-5450
JYAVITZ@REEDSMITH.COM
COUNSEL FOR CERTAIN-TEED CORP.

KIRSTEN KNEIS, ESQ.
KIRKPATRICK & LOCKHART, NICHOLSON, GRAHAM, LLP
ONE NEWARK CENTER, 10TH FLOOR
NEWARK, NJ 07102
PHONE # (973) 848-4000
FAX # (973) 848-4001
KKNEIS@KLNG.COM
COUNSEL FOR CRANE CO., AND JENKINS VALVES, INC.

WILLIAM MUELLER, ESQ.
CLEMENTE, DICKSON & MUELLER
218 RIDGEDALE AVENUE
MORRISTOWN, NJ 07961
PHONE # (973) 455-8008
FAX # (973) 455-8118
WMUELLER@CMT-LAW.COM
COUNSEL FOR DURABLA MANUFACTURING COMPANY

STEVE KEVELSON, ESQ.
ONE COZINE AVENUE
BROOKLYN, NY 11201
PHONE # (718) 649-4900
FAX # (718) 649-4902
COUNSEL FOR EMPIRE ACE INSULATION MFG. CORP.

MICHAEL A. TANENBAUM, ESQ.
SEDGWICK, DETERT, MORAN & ARNOLD LLP
THREE GATEWAY CENTER, 12th FLOOR
NEWARK, NJ 07102-5311
PHONE: (973) 242-0002
FAX:: (973) 242-8099
MICHAEL.TANENBAUM@SDMA.COM
COUNSEL FOR FOSTER WHEELER, L.L.C., AND GENERAL ELECTRIC CO.

DAVE SPEZIALI, ESQ.
SPEZIALI, GREENWALD & HAWKINS, P.C.
P.O. BOX 1086
1981 WINFLOW RD.
WILLIAMSTOWN, NJ 08094
PHONE # (856)728-3600
FAX # (856)728-3996
TRIAL COUNSEL FOR FOSTER WHEELER L.L.C., AND GENERAL ELECTRIC CO.

JOHN J. FANNING, ESQ.
CULLEN & DYKMAN
177 MONTAGUE STREET
BROOKLYN, NY 11201
PHONE # (718) 855-9000
FAX # (718) 935-1509
JFANNING@CULLENANDDYKMAN.COM
COUNSEL FOR GOULDS PUMPS, INC.

LISA M. PASCARELLA, ESQ.
PEHLIVANIAN, BRAATEN & PASCARELLA, LLC
2430 ROUTE 34
MANASQUAN, NJ 08736
PHONE # (732) 528-8888
FAX # (732) 528-4445
LP@PEHLI.COM
COUNSEL FOR INGERSOLL-RAND CO.

JOSEPH COLAO, ESQ.
HELEN CHUNG, ESQ.
LEADER & BERKON LLP
630 3RD AVENUE, 17TH FLOOR
NEW YORK, NY 10017

2

PHONE # (212) 486-2400
FAX # (212) 486-3099
JCOLAO@LEADERBERKON.COM
COUNSEL FOR IMO INDUSTRIES, INC.

JOHN A. SMYTH, III, ESQ.
MAYNARD, COOPER & GALE, P.C.
1901 SIXTH AVENUE NORTH
BIRMINGHAM, ALABAMA 35203-2618
PHONE # (205) 254-1000
FAX #  (205) 254-1999
JSMYTH@MAYNARDCOOPER.COM
COUNSEL FOR KENNEDY VALVE MANUFACTURING CO., INC.

PAUL A. SCRUDATO, ESQ.
SCHIFF HARDIN & WAITE
623 FIFTH AVENUE, SUITE 2800
NEW YORK, NY 10022
PHONE # (212) 753-5000
FAX # (212) 753-5044
PSCRUDATO@SCHIFFHARDIN.COM
COUNSEL FOR OWENS-ILLINOIS, INC.

JAMES M. SKELLY, ESQ.
MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.
530 SAW MILL RIVER ROAD
ELMSFORD, NEW YORK 10523
PHONE # (914) 345-3701
FAX # (914) 345-3743
COUNSEL FOR PREMIER REFRACTORIES, INC. f/k/a ADIENCE/BMI

LINDA YASSKY, ESQ.
SONNENSCHEIN NATH & ROSENTHAL
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
PHONE # (212) 398-5297
FAX # (212) 768-6800
LYASSKY@SONNENSCHEIN.COM
COUNSEL FOR RAPID AMERICAN CORPORATION

3

Index No. 08-cv-4684 (CM)   Year 20

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

## IN RE: NEW YORK CITY ASBESTOS LITIGATION

LEON N. TERRANO,

Plaintiffs,

- against -

FOSTER WHEELER LLC, et al.,

Defendants.

## PLAINTIFFS' NOTICE OF MOTION TO REMAND

WEITZ & LUXENBERG, P.C.

*Attorneys for*

**Plaintiff**

180 Maiden Lane
New York, NY 10038
(212) 558-5500

*Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.*

Dated:............................   Signature......................................................................................

Print Signer's Name.........................................................

*Service of a copy of the within*   *is hereby admitted.*

Dated:

..............................................................
*Attorney(s) for*

*PLEASE TAKE NOTICE*

☐ **NOTICE OF ENTRY**
that the within is a (certified) true copy of a
entered in the office of the clerk of the within named Court on   20

☐ **NOTICE OF SETTLEMENT**
that an Order of which the within is a true copy will be presented for settlement to the
Hon.   one of the judges of the within named Court,
at
on   20   , at   M.

Dated:

*Attorneys for*

WEITZ & LUXENBERG, P.C.

180 Maiden Lane
New York, NY 10038

To: