

# SEDGWICK
### DETERT, MORAN & ARNOLD LLP

Three Gateway Center, 12th Floor
Newark, New Jersey 07102-4072
Tel: 973.242.0002  Fax: 973.242.8099

www.sdma.com

# MEMO ENDORSED

June 26, 2008

**VIA FACSIMILE**

Honorable Colleen McMahon, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
(212) 805-6326

 RE:  Terrano v. Foster Wheeler, et. al.
  Civil Action No. 08 CV 4803 (DLC)
  4684

*[Handwritten endorsement: 6/30/08 — Waiting to hear from Foster Wheeler and any other defendant (GE?) who may have a government contractor defense.]*

Dear Judge McMahon:

 This firm represents Foster Wheeler in the above-captioned matter. As Your Honor is aware, Foster Wheeler removed this case to federal court based upon the federal officer removal statute, 28 U.S.C. § 1442. Plaintiffs have filed a Motion to Remand the case back to New York State Court which is pending before this Court.

 In accordance with the request from your Chambers, we write to inform Your Honor that this case has settled between plaintiffs and Foster Wheeler and Foster Wheeler will not oppose plaintiff's motion to remand this matter to New York State Court.

 Thank you for Your Honor's attention to this matter.

 Respectfully submitted,

 SEDGWICK, DETERT, MORAN & ARNOLD LLP

 Michael A. Tanenbaum

cc: All Counsel of Record

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/08
```

Austin ▪ Bermuda* ▪ Chicago ▪ Dallas ▪ Houston ▪ London ▪ Los Angeles ▪ New York ▪ Newark ▪ Orange County ▪ Paris ▪ San Francisco ▪ Zurich

*Affiliated office