# SEDGWICK
DETERT, MORAN & ARNOLD LLP

Three Gateway Center, 12th Floor
Newark, New Jersey 07102-4072
Tel: 973.242.0002 Fax: 973.242.8099

**MEMO ENDORSED**                                                                www.sdma.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/08
```

July 8, 2008

**VIA FASCIMILE**

Honorable Colleen McMahon, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
(212) 805-6326

Re:  Terrano v. Foster Wheeler, et al.
     Civil Action No. 08-cv-4684-CM

Dear Judge McMahon:

> 7/9/08
>
> I will NOT remand the case until I hear from all affected defendants.

This firm represents Foster Wheeler LLC ("Foster Wheeler") and General Electric Company ("GE") in the above-captioned matter. As Your Honor is aware, Foster Wheeler removed this case to federal court based upon the federal officer removal statute, 28 U.S.C. § 1442. Plaintiff has filed a Motion to Remand this action back to New York State Court which is pending before this Court.

After Foster Wheeler's Notice of Removal was filed and before plaintiff filed his Motion to Remand, plaintiff and Foster Wheeler settled this matter. When Foster Wheeler attempted to withdraw the removal, Your Honor directed us to obtain consent from each defendant to effectuate the remand of this action back to state court. In accordance with that directive, Foster Wheeler sent to each defendant an Order Withdrawing Foster Wheeler's Notice of Removal and asked them to consent to it. To date, we have received five executed consent orders, which are enclosed for the Court. We have not received any response to our request from the following defendants:

| Defendant(s) | Counsel of Record |
|---|---|
| CBS Corp., Cleaver Brooks Co., Inc., J.H. France Refractories Co., Premier Refractories, Inc. and Weil McLain | Malaby Carlisle |

> I refuse to participate in this blatant attempt to avoid MDL statute unless there truly is no federal jurisdiction.
>
> CMM

NJ/212617v1

Honorable Colleen McMahon, U.S.D.J.
Civil Action No. 08-cv-4684-CM
July 8, 2008
Page 2

| | |
|---|---|
| Bell & Gossett CO, ITT Industries and Trane U.S. Inc. | McGuire Woods |
| Buffalo Pumps, Inc. | Wilbraham Lawler |
| Aurora Pump Co., The Fairbanks Co. and Patterson Pump | McGivney Kluger |
| Crane Co. and Jenkins Valve, Inc. | K&L Gates |
| Ingersoll Rand Co. | Pehlivanian Braaten |
| IMO Industries | Leader & Berkon |
| Goulds Pumps | Cullen & Dykman |
| Owens-Illinois, Inc. | Schiff Hardin |
| Rapid American Corp. | Sonneschein Nath |
| Kennedy Valve Manufacturing Co., Inc. | Maynard Cooper |

On June 26, 2008, in accordance with the request from your Chambers, Foster Wheeler advised the Court that the above case had settled between plaintiff and Foster Wheeler and that Foster Wheeler would not oppose plaintiff's Motion to Remand. GE has also settled this case and it will not oppose plaintiff's Motion to Remand this matter back to New York State Court.

We hope this answers the Court's questions concerning the status of this matter.

Respectfully submitted

Michael A. Tanenbaum, Esq.
Sedgwick, Detert, Moran & Arnold LLP

Enc.

cc: All Counsel of Record (w/o enc.)

NJ/212617v1